UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>NELSON PEREZ,<br><br>Defendant. | No.   2:15-CR-0116-WFN-1<br><br>PROTECTIVE ORDER |

Pending before the Court is the Government's Motion for Protective Order. ECF No. 16. The Court has reviewed the file and Government's Motions and is fully informed. Accordingly,

**IT IS ORDERED** that the Government's Motion for Protective Order, filed on October 29, 2015, **ECF No. 16**, is **GRANTED**. Discovery will be subject to the following provisions:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged

PROTECTIVE ORDER - 1

1 by defense counsel, who will also be bound by the terms and conditions of the protective
2 order;

3     6. The United States and defense counsel may reference the existence and
4 content of sealed discovery material in open and closed court proceedings relevant to
5 2:15-CR-0116-WFN-1;

6     7. The parties reserve the right to seek relief from the Protective Order should the
7 need arise.

8     The District Court Executive is directed to file this Order and provide copies to
9 counsel.

10     **DATED** this 4th day of November, 2015.

12     s/ Wm. Fremming Nielsen
13     WM. FREMMING NIELSEN
14 11-03-15-1     SENIOR UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 2